# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2023-0961
Lower Tribunal No. CF16-983

_____

DARYL DENNARD CASON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Highlands County.
Peter F. Estrada, Judge.

October 7, 2025

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and STARGEL and SMITH, JJ., concur.


Blair Allen, Public Defender, and Susan M. Shanahan, Assistant Public Defender, Bartow for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Laura Dempsey, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED